## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiffs, | § | 2:15-CV-00198-JRG-RSP |
| | § | |
| v. | § | |
| | § | |
| KIMBERLY-CLARK CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION TO STAY ALL DEADLINES

Plaintiff Symbology Innovations, LLC and Defendant Kimberly-Clark Corporation (collectively "the Parties") file this Joint Motion to Stay All Deadlines.  The Parties have reached an agreement in principle to settle all matters in controversy between the Parties.  The Parties, therefore, request that the court stay the remaining case deadlines, including the answer date, for forty-five (45) days to allow the parties to finalize and fulfill the terms of the settlement before submitting the appropriate dismissal papers.

Dated:  May 7, 2015

/s/ Jay Johnson
Jay Johnson
jay@brownfoxlaw.com
Bailey K. Hubbard
bailey@brownfoxlaw.com
BROWN FOX KIZZIA & JOHNSON PLLC
750 N. St. Paul St., Suite 1320
Dallas, TX 75201
214.613.3350

*Attorneys for Symbology Innovations, LLC*

/s/ Darryl Adams
Kevin J. Meek
kevin.meek@bakerbotts.com
Darryl J. Adams
darryl.adams@bakerbotts.com
BAKER BOTTS L.L.P.
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701-4075
Gen Off 512.322.2500

*Attorneys for Kimberly-Clark Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document , via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 7th day of May, 2015. All other counsel not deemed to have consented to service in such manner will be served via electronic mail, facsimile transmission and/or first class mail.

/s/ Darryl J. Adams
Darryl J. Adams