**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | Case No: 2:15-cv-00198 |
| vs. | § | |
| | § | **PATENT CASE** |
| | § | |
| KIMBERLY-CLARK CORPORATION | § | |
| | § | |
| | § | |
| Defendant. | § | |
| _____ | § | |


**AGREED MOTION TO DISMISS DEFENDANT KIMBERLY-CLARK
CORPORATION WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff Symbology, LLC and Defendant Kimberly-Clark Corporation, file this agreed motion to dismiss with prejudice.  All claims between the parties have been resolved. The parties therefore move this court to dismiss this action and all claims by Symbology, LLC against Kimberly-Clark Corporation and all counterclaims by Kimberly-Clark Corporation against Symbology, LLC, made therein, with prejudice, with each party to bear its own costs, attorney's fees and expenses.

Wherefore, Plaintiff Symbology, LLC respectfully requests that the Court enter the proposed order of dismissal submitted with this motion.

Dated:  June 16, 2015                    Respectfully submitted,


      */s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**BRAD KIZZIA**
State Bar No. 11547550
**ANTHONY RICCIARDELLI**
State Bar No. 24070493
**BROWN FOX KIZZIA & JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@brownfoxlaw.com
brad@brownfoxlaw.com
anthony@brownfoxlaw.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/Jay Johnson*
Jay Johnson