IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLY, LLC<br><br>Plaintiff,<br><br>vs.<br><br>KIMBERLY-CLARK CORPORATION<br><br>Defendant. | §<br>§<br>§<br>§<br>§ Case No: 2:15-cv-00198<br>§<br>§ **PATENT CASE**<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER OF DISMISSAL OF DEFENDANT KIMBERLY-CLARK CORPORATION

On this day the Court considered the Agreed Motion to Dismiss Kimberly-Clark Corporation with Prejudice. Having considered the Agreed Motion and the pleadings in this case, the Court is of the opinion that the Agreed Motion should be, and is hereby GRANTED.

It is therefore ORDERED that all claims asserted by Symbology, LLC against Kimberly-Clark Corporation and all counterclaims asserted by Kimberly-Clark Corporation, Inc. against Symbology, LLC are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees.

**IT IS SO ORDERED**

SIGNED this 18th day of June, 2015.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE